UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2015 APR 29 AM 9:20

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DAKOTA DUKE (1),<br><br>                    Defendant. | CASE NO. 14cr1203-AJB<br><br>**JUDGMENT OF DISMISSAL** |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or.

___    the Court has dismissed the case for unnecessary delay; or

_X_    the Court has granted the motion of the Government for dismissal, with prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_x_    of the offense(s) as charged in the Information:

18:1167(b)

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/28/15

Jan M. Adler
U.S. Magistrate Judge